UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE CHAPMAN ALLYN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY (METLIFE), ET AL.,<br><br>　　　　Defendants. | Case No: C 09-5671 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO E-FILE**<br><br>[Docket No. 11] |

　　　Presently before the Court is *pro se* plaintiff Charolotte Chapman Allyn's motion to e-file her complaint in this matter. Plaintiff declares that she has already registered with PACER and will abide by all e-filing and other rules and orders of the Court.

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT plaintiff's motion to e-file her complaint is GRANTED.

Dated: February _17, 2010

　　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE CHAPMAN ALLYN,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE et al,

    Defendant.
_____/

Case Number: CV09-05671 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlotte Chapman Allyn
P.O. Box 2026
Napa, CA 94558

Dated: February 24, 2010

                                    Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk