UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE CHAPMAN ALLYN, | Case No:  C 09-5671 SBA |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S MOTION TO E-FILE** |
| METROPOLITAN LIFE INSURANCE COMPANY (METLIFE), ET AL., | [Docket No. 11] |
| Defendants. | |

Presently before the Court is *pro se* plaintiff Charlotte Chapman Allyn's motion to e-file her complaint in this matter. Plaintiff declares that she has already registered with PACER and will abide by all e-filing and other rules and orders of the Court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT plaintiff's motion to e-file her complaint is GRANTED.

Dated: February _17, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


CHARLOTTE CHAPMAN ALLYN,

        Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE et al,

        Defendant.
_____/

                        Case Number: CV09-05671 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charlotte Chapman Allyn
P.O. Box 2026
Napa, CA 94558


Dated: February 24, 2010

                        Richard W. Wieking, Clerk

                          By: LISA R CLARK, Deputy Clerk