UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE CHAPMAN ALLYN,<br><br>     Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY (METLIFE), ET AL.,<br><br>     Defendants. | Case No: C 09-5671 SBA<br><br>**ORDER**<br><br>[Docket No. 35] |

Pursuant to the parties' stipulation, extending the time for plaintiff to respond to defendant Pzizer Inc.'s Rule 12(b)(6) Motion to Dismiss (Docket No. 6),

IT IS HEREBY ORDERED THAT:

(1)  The hearing date for defendant Pzizer Inc.'s Rule 12(b)(6) Motion to Dismiss is continued to April 27, 2010, at 1:00 p.m.

(2)  The Case Management Conference currently scheduled for March 23, 2010, shall be CONTINUED to **April 27, 2010, at 1:00 p.m.**, to follow the hearing on defendant Pzizer Inc.'s Rule 12(b)(6) Motion to Dismiss. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement.

Dated: March 16, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge