UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlotte Chapman Allyn,<br><br>      Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY (METLIFE) and WYETH PHARMACEUTICALS, INC., Long Term Disability PLAN,<br><br>      Defendants. | Case No. 4:09-cv-05671-SBA<br><br>[PROPOSED] ORDER DISMISSING DEFENDANT, PFIZER INC., F/K/A WYETH PHARMACEUTICALS, INC. |

Pursuant to their "NOTICE OF AND STIPULATION TO VOLUNTARY DISMISSAL OF CLAIM AGAINST PFIZER INC. (f/k/a) WYETH PHARMACEUTICALS, INC. PORTION ONLY," Plaintiff Charlotte Chapman Allyn and Defendant Pfizer Inc., F/K/A Wyeth Pharmaceuticals, Inc. have agreed that all claims against Defendant Pfizer Inc., F/K/A Wyeth Pharmaceuticals, Inc. shall be dismissed with prejudice, leaving only Defendant Metropolitan Life Insurance Company as a defendant in this action.

Accordingly, GOOD CAUSE APPEARING, Plaintiff Charlotte Allyn Chapman's claims against Defendant Pfizer Inc., F/K/A Wyeth Pharmaceuticals, Inc. are hereby dismissed with

1  prejudice.  Plaintiff Charlotte Allyn Chapman and Defendant Pfizer Inc., F/K/A Wyeth
2  Pharmaceuticals, Inc. shall bear their own costs and attorneys' fees.
3
   IT IS SO ORDERED.
4
5
   Dated: June 14, 2010                                    *signature*
6                                                  The Honorable Saundra Brown Armstrong
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28