1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  MICHELLE Y. MAGSAYSAY  Bar No. 215294
   rebecca.hull@sdma.com
3  michelle.magsaysay@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  Metropolitan Life Insurance Company

8  CHARLOTTE CHAPMAN ALLYN
   charlottechapman46@yahoo.com
9  ccallyn2010@gmail.com
   P.O. BOX 2026
10 Napa, California 94558
   Telephone: (707) 373-7357
11
   PLAINTIFF, IN PRO PER
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Charlotte Chapman Allyn, | CASE NO. C09-05671 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| Metropolitan Life Insurance Company (MetLife) and Wyeth Pharmaceutical, Inc., Long Term Disability Plan, | |
| Defendants. | |

SF/1870445v1                                                CASE NO. C09-05671 SBA
STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charlotte
2 Chapman Allyn ("Plaintiff"), in pro per, and defendant Metropolitan Life Insurance Company
3 ("MetLife"), that Plaintiff may file the proposed first amended complaint, as attached as Exhibit
4 A to this stipulation.

5    IT IS SO STIPULATED.

6 DATED: December 30, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

8                                 By:  /s/ *Michelle Y. Magsaysay*
                                       Rebecca A. Hull
9                                      Michelle Y. Magsaysay
                                       Attorneys for Defendant
10                                     Metropolitan Life Insurance Company

13 DATED:  December 30, 2010       By: /s/ *Charlotte Chapman Allyn*
                                       Charlotte Chapman Allyn
                                       Plaintiff, In Pro Per

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Plaintiff shall file her first amended complaint, attached as Exhibit A to this stipulation, **by no later than fifteen (15) days from the date this Order is filed**.

IT IS SO ORDERED.

DATED: _1/10/11_____        _____*Sandra B. Armstrong*_____
                                        JUDGE OF THE DISTRICT COURT

UNITED STATES DISTRICT COURT

1 FOR THE
NORTHERN DISTRICT OF CALIFORNIA
2

3 CHARLOTTE CHAPMAN ALLYN,

4     Plaintiff,

5 v.

6 METROPOLITAN LIFE INSURANCE et al,

7     Defendant.
    _____/
8

9 Case Number: CV09-05671 SBA

10 **CERTIFICATE OF SERVICE**

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on January 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17 Charlotte Chapman Allyn
P.O. Box 2026
18 Napa, CA 94558

19

20 Dated: January 11, 2011
    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

SF/1870445v1     -3-     CASE NO. C09-05671 SBA
STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT