1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  MICHELLE Y. MAGSAYSAY  Bar No. 215294
   rebecca.hull@sedgwicklaw.com
3  michelle.magsaysay@sedgwicklaw.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  Metropolitan Life Insurance Company

8  CHARLOTTE CHAPMAN ALLYN
   ccallyn2010@gmail.com
9  P.O. BOX 2026
   Napa, California 94558
10 Telephone: (707) 373-7357

11 PLAINTIFF, IN PRO PER

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| Charlotte Chapman Allyn, | CASE NO.  C09-05671 SBA |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TAKING PLAINTIFF'S MOTION TO COMPEL OFF CALENDAR [ECF NO. 66]** |
| v. | |
| Metropolitan Life Insurance Company, | Date: May 24, 2011<br>Time: 1:00 p.m.<br>Ctrm: Eureka Courthouse - 205A, 2nd floor<br>Judge: Magistrate Judge J. Nandor Vadas |
| Defendant. | |

SF/2174115v1                                       CASE NO.  C09-05671 SBA
[PROPOSED] ORDER GRANTING STIPULATION TAKING
PLAINTIFF'S MOTION TO COMPEL [ECF NO. 66] OFF CALENDAR

1    IT IS HEREBY ORDERED that pursuant to the parties' stipulation [ECF No. 75]
2 Plaintiff Charlotte Chapman Allyn's pending Motion to Compel filed on March 9, 2011 [ECF
3 No. 66], currently set for hearing on May 24, 2011 before Magistrate Judge Nandor J. Vadas, is
4 taken off calendar.

5    IT IS FURTHER ORDERED that Plaintiff may re-notice her Motion to Compel in the
6 future if the parties are unable to resolve the matter.

7    IT IS SO ORDERED.

8 DATED: April 28, 2011

   Honorable Nandor J. Vadas
   United States Magistrate Judge