1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  MICHELLE Y. MAGSAYSAY  Bar No. 215294
   rebecca.hull@sedgwicklaw.com
3  michelle.magsaysay@sedgwicklaw.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  Metropolitan Life Insurance Company

8  CHARLOTTE CHAPMAN ALLYN
   ccallyn2010@gmail.com
9  P.O. BOX 2026
   Napa, California 94558
10 Telephone: (707) 373-7357

11 PLAINTIFF, IN PRO PER

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 Charlotte Chapman Allyn,               CASE NO.  C09-05671 SBA

17         Plaintiff,                     **STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER**

18     v.

19 Metropolitan Life Insurance Company,

20         Defendant.

21

22

23

24

25

26

27

28

1      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charlotte
2 Chapman Allyn ("Plaintiff"), in pro per, and defendant Metropolitan Life Insurance Company
3 ("MetLife"), that due to ongoing settlement negotiations, the parties request a continuance of the
4 current briefing and hearing schedule previously set by the Court.

5      This is an action governed by the Employee Retirement Income Security Act ("ERISA").
6 On January 26, 2011, the Court held a case management conference.  Following the conference,
7 the Court issued a minute order setting a briefing schedule and hearing date for the parties'
8 cross-motions for summary judgment in this ERISA action.  [ECF No. 64.]  Pursuant to the
9 Court's order, the parties' motion papers are to be filed by May 3, 2011, oppositions by May 17,
10 2011, and replies by May 24, 2011.  The Court set a hearing date of June 7, 2011 at 1:00 p.m.

11     On April 8, 2011, the parties participated in a settlement conference before Magistrate
12 Judge Bernard Zimmerman.  [ECF No. 73.]  As Magistrate Judge Zimmerman reported in his
13 minute order following the settlement conference, "[p]arties agreed to a process that could lead
14 to a settlement within 30-60 days."  [ECF No. 73.] The settlement process is continuing.

15     The parties therefore request the following new briefing and hearing schedule on cross-
16 motions for summary judgment: motion papers to be filed by June 21, 2011, oppositions by July
17 5, 2011, replies by July 12, 2011, and a hearing date of July 26, 2011 at 1:00 p.m.

18     IT IS SO STIPULATED.

19 DATED: April   , 2011          SEDGWICK LLP

21                                 By: /s/ Rebecca A. Hull
                                      Rebecca A. Hull
22                                    Michelle Y. Magsaysay
                                      Attorneys for Defendant
23                                    Metropolitan Life Insurance Company

25 DATED:  April   , 2011         By:  /s/ Charlotte Chapman Allyn (authorized 4/27/11)
26                                     Charlotte Chapman Allyn
                                       Plaintiff, In Pro Per

<u>ORDER</u>

Good cause appearing, the Court orders that the hearing on the parties' cross-motions for summary judgment shall be set on the next available hearing date of October 13, 2011 at 1:00 p.m. The parties are to file their cross-motions for summary judgment pursuant to the following revised schedule: motion papers are to be filed by September 1, 2011, oppositions are to be filed by September 15, 2011, and replies by September 22, 2011.

IT IS SO ORDERED.

Date:  5/3/11

_Saundra B. Armstrong_
Honorable Saundra Brown Armstrong
Untied States District Court Judge