UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE CHAPMAN ALLYN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No: C 09-5671 SBA<br><br>**ORDER**<br><br>Docket 79, 82 |

On September 6, 2011, pro se Plaintiff Charolette Chapman Allyn ("Plaintiff") filed a document entitled "Stipulation for Continuance of Briefing Schedule on Cross-Motion for Summary Judgment." Dkt. 79, 82. A review of the document reveals that it is not a stipulation, but a request by Plaintiff to continue the hearing date and briefing schedule with regard to the parties' cross-motions for summary judgment. The Court has previously granted a continuance. Moreover, the Court notes that Defendant has filed its motion for summary judgment in accordance with this Court's prior orders. Dkt. 80. However, in light of Plaintiff's pro se status, the Court will grant her an extension with the warning that no further extensions will be granted. Accordingly,

IT IS HEREBY ORDERED THAT the hearing date for the parties' cross-motions for summary judgment, including Defendant's motion for summary judgment (Dkt. 80), shall be continued from October 13, 2011 to the next available hearing date of January 31,

2012.  Plaintiff shall file her opening brief of no more than twenty (20) pages by no later than October 14, 2011; the parties shall file their opposition briefs of no more than (20) pages by no later than October 28, 2011; and the parties shall file their replies of no more than ten (10) pages by no later than November 4, 2011.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.  This Order terminates Docket Nos. 79, 82.

IT IS SO ORDERED.

Dated: September 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE CHAPMAN ALLYN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE et al,

    Defendant.
_____/

Case Number: CV09-05671 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlotte Chapman Allyn
P.O. Box 2026
Napa, CA 94558

Dated: September 13, 2011

    Richard W. Wieking, Clerk

    By: LISA R CLARK, Deputy Clerk